IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DEDRIC SHUNTE BEAVER** | ) | |
| | ) | |
| **v.** | ) | 3-05-CV-1343-D |
| | ) | |
| **DAN JOSLIN, Warden** | ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

**SO ORDERED**.

September 20, 2005.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE